

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE JUSTICE OF THE PEACE, PRECINCT 5, OF TRAVIS COUNTY, GREETINGS:

On December 4, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Gabryelle Daniels v. Kelly Janes

Court of Appeals No. 15-25-00204-CV
Trial Court No. JP-CV-277030

The Court of Appeals entered the following judgment or order:

Today the Court heard Appellant's motion to dismiss. Having considered the motion, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party bearing the same.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this December 4, 2025.

CHRISTOPHER A. PRINE, CLERK